

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

BILL OF INFORMATION FOR CONSPIRACY TO COMMIT BANK FRAUD
AND AGGRAVATED IDENTITY THEFT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-00023 |
| v. | * | SECTION: SECT. D MAG. 5 |
| RONALD S. RILEY, JR. | * | VIOLATIONS: 18 U.S.C. § 371 |
| | | 18 U.S.C. § 1028A |
| | * | |

\* \* \*

The United States Attorney charges that:

## COUNT 1
(Conspiracy to Commit Bank Fraud)

A. **AT ALL TIMES MATERIAL HEREIN:**

*General Background*

1. Between 2018 and 2021, **RONALD S. RILEY, JR. ("RILEY")**, was involved in stealing mail from postal receptacles (*i.e.*, "blue boxes") located in the Greater New Orleans area.

2. Monetary instruments and banking information were stolen from mail items deposited in the blue boxes. These monetary instruments and corresponding banking information were later used to create fraudulent checks. These fraudulent checks were deposited into federally insured banks and used to obtain illicit funds.

Fee ____ USA ____
Process ____
X Dktd ____
___ CtRmDep ____
___ Doc.No. ____

B.   **THE CONSPIRACY:**

Beginning in or near June, 2018, and continuing until the date of this Bill of Information, in the Eastern District of Louisiana and elsewhere, the defendant, **RONALD S. RILEY, JR.**, and others known and unknown did willfully and knowingly combine, conspire, confederate, and agree to devise a scheme and artifice to defraud and to obtain money and property under the custody and control of an insured financial institution by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Section 1344.

C.   **THE SCHEME TO DEFRAUD:**

1. It was part of the scheme and artifice to defraud that beginning in or near June 2018, **RILEY** devised a scheme to defraud federally insured financial institutions by depositing fraudulent checks into bank accounts controlled by coconspirators.

2. It was further part of the scheme and artifice that **RILEY** would use altered and counterfeit checks drawn upon legitimate businesses to execute his scheme and to obtain illicit funds from financial institutions targeted by the scheme to defraud.

3. It was further part of the scheme and artifice to defraud that coconspirators allowed **RILEY** to use their financial accounts to deposit fraudulent checks and to withdraw funds related to the illicit deposits.

D.   **OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY:**

1. On or about May 23, 2019, **RILEY** used an ATM ("automated teller machine") in New Orleans to withdraw approximately $540.00 in fraudulent funds from the bank account of Coconspirator "A". The illicit funds were generated from a mobile deposit of several counterfeit checks drawn on the bank account of a legitimate local business unaware of the scheme to defraud.

2. On or about March 26, 2020, **RILEY** was captured on bank video using the bank account of Coconspirator "B" to deposit three fraudulent checks drawn on the bank account of a legitimate local business unaware of the scheme to defraud.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
(Aggravated Identity Theft)

A. **AT ALL TIMES MATERIAL HEREIN**:

The allegations of Paragraph A of Count 1 are incorporated as though fully set forth herein.

B. **THE OFFENSE**:

On or about June 3, 2019, in the Eastern District of Louisiana and elsewhere, the defendant, **RONALD S. RILEY, JR.**, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: bank fraud in violation of 18 U.S.C. § 1344.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of the offense alleged in Count 1, the defendant, **RONALD S. RILEY, JR.**, shall forfeit to the United States pursuant to Title 18, United States Code, Section

981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property real or personal which constitutes or is derived from proceeds traceable to said offenses.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
CARTER K.D. GUICE, JR.
Louisiana Bar Roll No. 16771
RICHARD R. PICKENS, II
Louisiana Bar Roll No. 22593
Assistant United States Attorneys

New Orleans, Louisiana
February 7, 2022.

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

### RONALD S. RILEY, JR.

**BILL OF INFORMATION FOR CONSPIRACY TO COMMIT BANK FRAUD AND AGGRAVATED IDENTITY THEFT**

VIOLATION: 18 U.S.C. § 371
18 U.S.C. § 1028A

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day of* _____ *A.D. 2022.*

_____
*Clerk*

*Bail, $* _____

*[signature: Carter K. Guice]*

CARTER K.D. GUICE, JR.
Assistant United States Attorney